UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PAUL OCHOA,

                Plaintiff,

    v.

EEAN MASON, et al.,

                Defendants.

No. 3:16-cv-5787 RLB-TLF

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Theresa L. Fricke, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1)    The Court adopts the Report and Recommendation.

(2)    Defendants' motion for summary judgment (Dkt. 15) is **GRANTED**; plaintiff's claims are **dismissed with prejudice**.

(3)    The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Theresa L. Fricke.

**DATED** this 4th day of October, 2017.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1